No. 88–1447. WARD PETROLEUM CORP. ET AL. *v.* LOUISIANA LAND & EXPLORATION CO., SUCCESSOR BY MERGER AND ACQUISITION TO INEXCO OIL CO., ET AL. Sup. Ct. Okla. Motion of National Association of Royalty Owners et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88–1450. DURA-CORP. *v.* RISI STONE LTD. ET AL. C. A. 3d Cir. Motion of respondents for attorney's fees and expenses denied. Certiorari denied.

No. 88–6448. BARON, AKA SONIDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–6728. CARO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.